IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY DON SMITH,** | 2:18-cv-00064-KJM-DMC |
| Petitioner, | **ORDER** |
| v. | |
| **JOE LIZZARAGA,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply brief be filed on or before December 14, 2018.

Dated:  November 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

SA2018302312
33657755.docx

1